UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,
    Government,

v.                                                             Case No. 8:21-CR-374-VMC-CPT

                                                                       _X_ Evidentiary

BENJAMIN DALE AXON,                   ___Trial
    Defendant.                                      ___ Other
_____/

## JOINT EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 001 | | | | Google Map of 1100 6th Street |
| 002 | | | | Google Photograph of Street View (2019) 3rd Street & 13th Avenue |
| 003 | | | | Bodycam Video/Audio (DISC-00129) |
| 003A | | | | Bodycam Video/Audio (DISC-00129) (First 12 Minutes) |
| 003B | | | | Transcript of Bodycam Video/Audio (First 12 minutes) |
| 004 | | | | Judgment and Information from Case Number 412020CF002953CFAXMA; Circuit Court, Twelfth Judicial Circuit, Manatee County, Florida |
| 005 | | | | Arrest Report (DISC-00028) |
| 006 | | | | Incident/Investigation Report (DISC-0001-3) |

1

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| 007 | | | | Incident/Investigation Report (DISC-00012-13) |
| 008 | | | | Incident/Investigation Report (DISC-00030-35) |
| 009 | | | | Photograph of car |
| 009A | | | | Photograph of Backpack 1 |
| 009B | | | | Photograph of Backpack 2 |
| 009C | | | | Photograph of Backpack 3 |
| 009D | | | | Photograph of Backpack 4 |
| 009E | | | | Photograph of Backpack 5 |
| 009F | | | | Photograph of Backpack 6 |
| 009G | | | | Photograph of Backpack 7 |
| 009H | | | | Photograph of Backpack 8 |
| 009I | | | | Photograph of Backpack 9 |
| 009J | | | | Photograph of Backpack 10 |
| 009K | | | | Photograph of Backpack 11 |
| 009L | | | | Photograph of gun ammo from backpack |
| 010 | | | | Video of Route |
| 011 | | | | Photograph of Intersection of 3rd Street and 13th Avenue with vehicle |
| 011A | | | | Photograph of Intersection of 3rd Street and 13th Avenue with Railroad Crossing |
| 011B | | | | Photograph of Intersection of 3rd Street and 13th Avenue |
| 011C | | | | Photograph of 13th Avenue and 3rd Street |
| 011D | | | | Photograph of 3rd Street and 13th Avenue (North View) |

| | | | | |
|---|---|---|---|---|
| **011E** | | | | Photograph of 3rd Street and 13th Avenue with Railroad Crossing at night |
| **011F** | | | | Photograph of 3rd Street and 13th Avenue at night |
| **011G** | | | | Photograph of 3rd Street and 13th Avenue at night with green building |
| **012** | | | | Map of Route |

DATED this 4th day of January 2023.

Respectfully submitted,

A. FITZGERALD HALL, ESQ.
FEDERAL DEFENDER

*/s Tina Budzisz*
Tina Budzisz, Esq.
Florida Bar No. 1029522
Assistant Federal Defender
400 N. Tampa Street
Suite 2700
Tampa, Florida 33602
Tel: (813) 228-2715
Fax: (813) 228-2562
Email: Tina_Budzisz@fd.org

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of January 2023, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Charlie Connally, AUSA

> /s Tina Budzisz
> Tina Budzisz, Esq.
> Assistant Federal Defender